IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2008

Charles R. Fulbruge III
Clerk

No. 07-40216
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

NOE TREJO; APOLINAR VILLANUEVA

Defendants-Appellants

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 2:06-CR-696-1
USDC No. 2:06-CR-696-2

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Apolinar Villanueva has moved for
leave to withdraw and has filed a brief in accordance with Anders v. California,
386 U.S. 738 (1967). Villanueva has not filed a response. Our independent
review of the record and counsel's brief discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.